**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**OFFICE OF THE CLERK**

**KENNETH A. WELLS**
**CLERK OF COURT**

**TEL: 217.492.4020**
**FAX: 217.492.4028**

July 31, 2017

FILED

JUL 31 2017 YM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. District Court
Attn: Criminal Division
Chicago, IL

E-mailed to docketing_ilnd@ilnd.uscourts.gov

RE: USA v Kari K. Marksteiner;
ND/IL Case #17-CR-510; CD/IL Case #16-20006

Dear Clerk of Court:

On July 28, 2017 an Order was entered transferring the above-referenced case from this District Court to the U.S. District Court, Northern District of IL/Chicago.

Enclosed is a copy of the docket sheet, Indictment, Judgment, Prob 22 and financial ledger. Please note the $100 special assessment was paid in full as of 1/23/17, but nothing has been paid as to restitution so the balance of $4,715.76 remains due and owing. To obtain further documents, you may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov.

Please acknowledge receipt by returning a copy of this letter. If any questions, please contact the Urbana Division. Thank you.

Very truly yours,

KENNETH A. WELLS,
CLERK OF COURT

RECEIPT ACKNOWLEDGED ON ______________________________

By: ______________________________ Case #____________________

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 203
Rock Island, IL 61201
309.793.5778

TRANSF

# U.S. District Court
# CENTRAL DISTRICT OF ILLINOIS (Urbana)
# CRIMINAL DOCKET FOR CASE #: 2:16-cr-20006-CSB-EIL-1

Case title: USA v. Marksteiner

Date Filed: 02/04/2016
Date Terminated: 01/26/2017

---

Assigned to: Judge Colin Stirling Bruce
Referred to: Magistrate Judge Eric I. Long

17cr510

**Defendant (1)**

**Kari K Marksteiner**
*TERMINATED: 01/26/2017*

represented by **William Dominick Galati**
GALATI LAW OFFICES
Suite 500
15255 S 94th Ave
Orland Park, IL 60462
708-220-7500
Fax: 708-428-6201
Email: wdgalati@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:843A=CP.F UNLAWFUL ACTS - CONTROLLED SUBSTANCE - POSSESS. On or about 8/12/14, in Kankakee County, the defendant did knowingly obtain hydrocodone by fraud in violation of 21 USC Sec 843(a)(3).
(1)

**Disposition**

Defendant is sentenced to 3 years of Probation, no fine, $100 special assessment imposed and $4,715.76 restitution.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Eugene L Miller**
US ATTY
201 South Vine
Urbana, IL 61802
217-373-5875
Fax: 217-373-5891
Email: eugene.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2016 | 1 | INDICTMENT as to Kari K Marksteiner (1) count(s) 1. (KE, ilcd) (Entered: 02/04/2016) |
| 02/04/2016 | 2 | +++ **SEALED DOCUMENT - ORIGINAL DOCUMENT Indictment UNREDACTED** (KE, ilcd) (Entered: 02/04/2016) |
| 02/04/2016 | 3 | +++ **SEALED DOCUMENT - DEFENDANT INFORMATION SHEET.** (KE, ilcd) (Entered: 02/04/2016) |
| 02/04/2016 | | TEXT ORDER as to Kari K Marksteiner entered by Magistrate Judge Eric I. Long on 2/4/2016. Initial Appearance set for 3/9/2016 at 1:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (KE, ilcd) (Entered: 02/04/2016) |
| 03/04/2016 | 5 | NOTICE OF ATTORNEY APPEARANCE: William Galati appearing for Kari K Marksteiner (SKR, ilcd) (Main Document 5 replaced on 3/4/2016) (SKR, ilcd). (Entered: 03/04/2016) |
| 03/04/2016 | | TEXT ORDER as to Kari K Marksteiner Entered by Magistrate Judge Eric I. Long on 3/4/16. William Galati has entered his appearance on behalf of defendant and reports he is unavailable for the Initial Appearance currently set on 3/9/16 at 1:30 pm. Therefore, the Initial Appearance is RESET to 3/14/2016 at 10:30 AM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. The Court directs attorney Galati to notify his client of the new hearing date and time. (SKR, ilcd) (Entered: 03/04/2016) |
| 03/14/2016 | | Minute Entry for proceedings held 3/14/2016 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Eugene Miller. Defendant KARI K MARKSTEINER present in person with retained counsel William Galati. Initial Appearance held. Defendant advised of rights, including right to counsel. Defendant |

| | | |
|---|---|---|
| | | sworn; questioned by the Court. Court finds defendant competent. Arraignment as to Kari K Marksteiner (1) Count 1 held. Defendant advised of charges and possible penalties. Defendant pleaded not guilty to Indictment. Scheduling order to be entered. Bond Hearing held. Defendant is ordered released on own recognizance bond with special conditions after processing. (Tape #UR-B: 10:39 AM.) (KE, ilcd) (Entered: 03/14/2016) |
| 03/14/2016 | 6 | SCHEDULING ORDER as to Kari K Marksteiner entered by Magistrate Judge Eric I. Long on 3/14/2016. Pretrial Conference set for 5/9/2016 at 11:00 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection/Jury Trial set for 5/17/2016 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. See written order. (KE, ilcd) (Entered: 03/14/2016) |
| 03/14/2016 | 7 | EXHIBIT LIST by Kari K Marksteiner. (Put in Clerk's Vault.) (KE, ilcd) (Entered: 03/14/2016) |
| 03/14/2016 | 8 | Personal Recognizance Bond Entered as to Kari K Marksteiner. (KE, ilcd) (Entered: 03/14/2016) |
| 03/14/2016 | 9 | ORDER Setting Conditions of Release entered by Magistrate Judge Eric I. Long on 3/14/2016. (KE, ilcd) (Additional attachment(s) added on 9/22/2016: # 1 Amended Conditions) (KE, ilcd). (Entered: 03/14/2016) |
| 05/09/2016 | | Minute Entry for proceedings held 5/9/16 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Eugene Miller. Appearance by Defendant KARI K MARKSTEINER and with counsel William Galati. Final pretrial conference not held. Status conference held. Status of case discussed. Oral motion by Defendant to continue for 60 days; no objection. Motion granted. Final pretrial conference scheduled for 5/9/16 is VACATED. Jury Selection and Jury Trial scheduled for 5/17/16 are VACATED. Jury Selection and Jury Trial reset for 7/12/16 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Pretrial Conference reset for 6/27/16 at 1:15 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 5/9/16 to 7/12/16. The Defendants bond to continue. (Court Reporter LC.) (TC, ilcd) Modified on 5/9/16 to correct time excluded date typo (TC, ilcd). (Entered: 05/09/2016) |
| 06/23/2016 | 11 | MOTION to Continue by Kari K Marksteiner. (Attachments: # 1 Exhibit Letter from hospital)(Galati, William) (Entered: 06/23/2016) |
| 06/23/2016 | | TEXT ORDER entered by Judge Colin Stirling Bruce on 6/23/16. Defendant Kari Marksteiner's 11 Motion to Continue is GRANTED. The jury trial scheduled for 7/12/2016 at 9:30 a.m. is VACATED. The final pretrial conference scheduled for 6/27/2016 at 1:15 p.m. is converted to a telephone status conference so a new final pretrial conference and jury trial can be set. (KM, ilcd) (Entered: 06/23/2016) |
| 06/27/2016 | | Minute Entry for proceedings held 6/27/16 before Judge Colin Stirling Bruce. Appearance for Government by AUSA Eugene Miller in person. No appearance by Defendant KARI K MARKSTEINER. Defendant's counsel William Galati appeared by telephone. Status conference held. Status of case discussed. Defense counsel reports Defendant is hospitalized. Based on Defendant's medical condition, the Jury Selection |

| | | |
|---|---|---|
| | | and Jury Trial are reset for 10/25/16 at 9:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Pretrial Conference is reset for 10/17/16 at 1:30 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. The Court finds that the ends of justice have been met pursuant to 18 USC Sec 3161(h)(7)(A). Time is excluded from 6/27/16 to 10/25/16. The Defendant's bond to continue. (Court Reporter LC.) (TC, ilcd) (Entered: 06/27/2016) |
| 09/16/2016 | | TEXT ORDER as to Kari K Marksteiner entered by Magistrate Judge Eric I. Long on 9/16/2016. Pursuant to the request of the Parties, a Change of Plea Hearing is set for September 22, 2016 at 9:00 A.M. before Judge Eric I. Long. (KE, ilcd) (Entered: 09/16/2016) |
| 09/22/2016 | 12 | PLEA AGREEMENT as to Kari K Marksteiner (KE, ilcd) (Entered: 09/22/2016) |
| 09/22/2016 | 13 | Notice Regarding Entry of Plea and Signed Consent as to Kari K Marksteiner (KE, ilcd) (Entered: 09/22/2016) |
| 09/22/2016 | 14 | +++ **SEALED DOCUMENT - ORIGINAL DOCUMENT Notice Re Entry of Plea UNREDACTED** (KE, ilcd) (Entered: 09/22/2016) |
| 09/22/2016 | | ORAL MOTION to Modify Conditions of Release to allow travel outside of the district by Kari K Marksteiner. (KE, ilcd) (Entered: 09/22/2016) |
| 09/22/2016 | | Minute Entry for proceedings held 9/22/2016 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Eugene Miller. Defendant KARI K MARKSTEINER present in person and with counsel William Galati. Change of Plea Hearing held. Notice and consent to plead before Magistrate Judge filed. Defendant sworn; found competent to enter plea. Defendant advised of rights, charges and possible penalties. Guilty plea entered by defendant to Count 1 of Indictment; written plea agreement filed. Court finds guilty plea knowing and voluntary. Report and recommendation to be entered recommending the District Judge enter judgment on plea of guilty as to Count 1. Sentencing set for 1/23/2017 at 2:45 PM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Final pretrial conference previously set for 10/17/2016 and jury trial previously set for 10/25/2016 are both VACATED. Cause referred to US Probation for a presentence investigation report. Oral motion by Defendant to modify conditions of release to allow travel outside of the district; no objection by the Government. Oral motion GRANTED. Defendant allowed to travel with approval from USPO. Defendant's bond to remain in effect. (Tape #UR-B: 9:01 AM.) (KE, ilcd) (Entered: 09/22/2016) |
| 09/22/2016 | 15 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Kari K Marksteiner entered by Magistrate Judge Eric I. Long on 9/22/2016. Objections to R&R due by 10/11/2016 (KE, ilcd) (Entered: 09/22/2016) |
| 09/22/2016 | 16 | ORDER on Implementation of Sentencing Guidelines as to Kari K Marksteiner entered by Magistrate Judge Eric I. Long on 9/22/2016. (KE, ilcd) (Entered: 09/22/2016) |
| 10/12/2016 | 17 | Order Approving Magistrate Recommendation, Acceptance of Plea of Guilty, Adjudication of Guilt, and Notice of Sentencing as to Kari K Marksteiner entered by Judge Colin Stirling Bruce on 10/12/2016. Sentencing remains set for 1/23/2017. (KE, ilcd) (Entered: 10/12/2016) |

| | | |
|---|---|---|
| 12/07/2016 | 18 | + +**INITIAL PRESENTENCE INVESTIGATION REPORT** as to Kari K Marksteiner (Appenzeller, Kara) (Entered: 12/07/2016) |
| 01/13/2017 | 19 | COMMENTARIES ON SENTENCING FACTORS by Kari K Marksteiner. (Galati, William) (Additional attachment(s) added on 1/13/2017: # 1 Exhibit A) (JMB, ilcd). (Entered: 01/13/2017) |
| 01/13/2017 | 20 | + + **REVISED PRESENTENCE INVESTIGATION REPORT** as to Kari K Marksteiner (Appenzeller, Kara) (Entered: 01/13/2017) |
| 01/13/2017 | 21 | +++ **SENTENCING RECOMMENDATION** as to Kari K Marksteiner. (Appenzeller, Kara) (Entered: 01/13/2017) |
| 01/23/2017 | | Minute Entry for proceedings held 1/23/2017 before Judge Colin Stirling Bruce. Appearance for the Government by AUSA Eugene Miller. Defendant KARI K MARKSTEINER present in person and with counsel William Galati. Sentencing held for Kari K Marksteiner (1), Count(s) 1. Defendant is sentenced to 3 years of Probation, no fine, $100 special assessment and $4,715.76 restitution imposed. Appeal rights given to Defendant. Term of Probation to begin immediately. (Court Reporter LC.) (KE, ilcd) Modified on 1/25/2017 To modify language (KM, ilcd). (Entered: 01/23/2017) |
| 01/26/2017 | 22 | JUDGMENT as to Kari K Marksteiner (1), Count 1, entered by Judge Colin Stirling Bruce on 1/26/17. (KM, ilcd) (Entered: 01/26/2017) |
| 01/26/2017 | 23 | +++ **SEALED DOCUMENT - ORIGINAL DOCUMENT Judgment UNREDACTED** (KM, ilcd) (Entered: 01/26/2017) |
| 01/26/2017 | 24 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Kari K Marksteiner (KM, ilcd) (Entered: 01/26/2017) |
| 02/03/2017 | 25 | AMENDED JUDGMENT as to Kari K Marksteiner (1), Count 1, entered by Judge Colin Stirling Bruce on 2/3/17. (KM, ilcd) (Entered: 02/03/2017) |
| 02/03/2017 | 26 | +++ **SEALED DOCUMENT - ORIGINAL DOCUMENT Amended Judgment UNREDACTED** (KM, ilcd) (Entered: 02/03/2017) |
| 03/24/2017 | 27 | Letter from Clerk to Attorney William Galati regarding retrieval of Defendant's exhibit 7 . Please make arrangements to retrieve the exhibit from the above-referenced case by April 7, 2017, or it will be destroyed. (KM, ilcd) (Entered: 03/24/2017) |
| 04/10/2017 | | Remark: Pursuant to letter 27 , defendant's exhibit from initial appearance hearing held 3/14/16 was destroyed. (KM, ilcd) (Entered: 04/10/2017) |
| 07/28/2017 | 28 | Supervision Jurisdiction Transferred to Northern District of Illinois/Chicago as to Kari K Marksteiner. (Attachments: # 1 Cover letter) (KM, ilcd) (Entered: 07/28/2017) |
| 07/28/2017 | 29 | +++ **SEALED DOCUMENT - ORIGINAL DOCUMENT Transfer of Jurisdiction UNREDACTED** (KM, ilcd) (Entered: 07/28/2017) |
| 07/31/2017 | 30 | Letter to Clerk, Northern District of Illinois, regarding transfer of jurisdiction. (KM, ilcd) (Entered: 07/31/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/31/2017 15:59:21 | | | |
| **PACER Login:** | jessicaramos44:5135911:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cr-20006-CSB-EIL |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

E-FILED
Thursday, 04 February, 2016 01:50:58 PM
Clerk, U.S. District Court, ILCD

FILED
FEB - 4 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-CR-200 06 |
| | ) | |
| KARI K. MARKSTEINER, | ) | Title 21, United States Code, |
| | ) | Section 843(a)(3) |
| Defendant. | ) | |

17cr510

INDICTMENT

**COUNT 1**
**(Obtaining Hydrocodone by Fraud)**

**THE GRAND JURY CHARGES:**

1. From on or about December 23, 2011, to on or about August 12, 2014, in Kankakee County, in the Central District of Illinois,

**KARI K. MARKSTEINER,**

defendant herein, knowingly and intentionally devised a scheme to acquire and obtain possession of hydrocodone, then a Schedule III controlled substance, by misrepresentation, fraud, deception, and subterfuge.

2. Beginning around 2011, the defendant was employed as a medical assistant by a physician located in Kankakee, Illinois. As part of her duties, she was authorized to order controlled substances needed for a legitimate medical purpose by the physician acting in the usual course of his professional practice. The defendant ordered these controlled substances -- almost exclusively Phentermine -- from pharmaceutical companies using the physician's DEA registration number.

3. During the period of her employment, the physician never required her or authorized her to order hydrocodone for any legitimate medical purpose.

4. Nonetheless, from December 23, 2011, to August 12, 2014, the defendant used the physician's DEA registration number and the office credit card to order approximately 26,600 tablets of hydrocodone bitartrate with acetaminophen (10/325 mg) from a pharmaceutical company without the physician's knowledge or consent. The hydrocodone was not needed by the physician for a legitimate medical purpose. Instead, the defendant diverted the hydrocodone tablets for her own use and benefit.

5. On or about August 12, 2014, in Kankakee County, in the Central District of Illinois, and elsewhere,

**KARI K. MARKSTEINER,**

defendant herein, knowingly and intentionally acquired and obtained possession of hydrocodone, then a Schedule III controlled substance, by misrepresentation, fraud, deception, and subterfuge, namely, the defendant used the DEA registration number and credit card number of a physician without his knowledge or permission to purchase 1,000 tablets containing hydrocodone.

In violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/John Childress

JAMES A. LEWIS
United States Attorney
ELM

AO 245C (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

E-FILED
Friday, 03 February, 2017 11:43:05 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL District of Central District of Illinois

UNITED STATES OF AMERICA
v.
Kari K. Marksteiner

## AMENDED JUDGMENT IN A CRIMINAL CASE

Case Number: 16-20006
USM Number: 21541-026
William Galati
Defendant's Attorney

17CR510

Date of Original Judgment: 1/26/2017
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

- ☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☑ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)
- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

FILED
FEB - 3 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**THE DEFENDANT:**

- ☑ pleaded guilty to count(s) 1
- ☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.
- ☐ was found guilty on count(s) ______ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 843(a)(3)&(d)(1) | Obtaining Hydrocodone by Fraud | 8/12/2014 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) ______
- ☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/23/2017
Date of Imposition of Judgment

s/ Colin S. Bruce
Signature of Judge

COLIN S. BRUCE, U.S. District Jude
Name of Judge Title of Judge

2/3/2017
Date

DEFENDANT: Kari K. Marksteiner
CASE NUMBER: 16-20006

## PROBATION

The defendant is hereby sentenced to probation for a term of:

Three (3) year term.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the following conditions:

1.) The defendant shall not knowingly leave the Northern District of Illinois without the permission of the court or probation officer.
2.) The defendant shall report to the probation officer in a reasonable manner and frequency directed by the court or probation officer.
3.) The defendant shall follow the instructions of the probation officer as they relate to the defendant's conditions of supervision. Any answers the defendant gives in response to the probation officer's inquiries as they relate to the defendant's conditions of supervision must be truthful. This condition does not prevent the defendant from invoking his Fifth Amendment privilege against self-incrimination.
4.) You shall serve 9 months in home confinement during your term of probation. The home confinement will start as soon as possible after your probation term begins. You shall be monitored by: radio frequency monitoring technology and shall abide by all technology requirements. You shall pay all or part of the costs of participation in the location monitoring program, if financially able, as directed by the U.S. Probation Office.
* 5.) Home Detention: You shall sign the rules of home confinement/location monitoring and comply with the conditions of home confinement. During this time, you will remain at your place of residence except for employment and other activities approved in advance by the U.S. Probation Office. You shall wear a location monitoring device. You shall pay the costs of the program to the extent you are financially able to pay. The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.
6.) The defendant shall notify the probation officer at least ten days prior, or as soon as knowledge is gained, to any change of residence or employment which would include both the change from one position to another as well as a change of workplace.
7.) The defendant shall permit a probation officer to visit the defendant at home or elsewhere between the hours of 6:00 a.m. and 11:00 p.m., unless investigating a violation or in case of an emergency. The defendant shall permit confiscation of any contraband observed in plain view by the probation officer.
8.) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

DEFENDANT: Kari K. Marksteiner
CASE NUMBER: 16-20006

## ADDITIONAL PROBATION TERMS

9.) The defendant shall not incur new credit charges or open additional lines of credit or other financial accounts without the prior approval of the probation officer.
10.) The defendant shall provide the probation officer any and all requested financial information, including copies of state and federal tax returns.
11.) You shall not purchase, possess, use, distribute, or administer any controlled substance or psychoactive substances that impair physical or mental functioning except as prescribed by a physician. You shall, at the direction of the U.S. Probation Office, participate in a program for substance abuse treatment including not more than six tests per month to determine whether you have used controlled substances. You shall abide by the rules of the treatment provider. You shall pay for these services, if financially able, as directed by the U.S. Probation Office.

DEFENDANT: Kari K. Marksteiner
CASE NUMBER: 16-20006

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ 4,715.76 |

☐ The determination of restitution is deferred until ____________ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Dr. Jovita C. Anyanwu | $4,715.76 | $4,715.76 | |
| TOTALS | $ 4,715.76 | $ 4,715.76 | |

☐ Restitution amount ordered pursuant to plea agreement $ ____________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☑ the interest requirement is waived for ☐ fine ☑ restitution.

☐ the interest requirement for ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

2:16-cr-20006-CSB-EIL # 25 Page 5 of 5

AO 245C (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments (NOTE: Identify Changes with Asterisks (*))

Judgment — Page 5 of 5

DEFENDANT: Kari K. Marksteiner
CASE NUMBER: 16-20006

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ ______________ due immediately, balance due

☐ not later than ____________________ , or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☑ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☑ F below); or

C ☐ Payment in equal __________ (e.g., weekly, monthly, quarterly) installments of $ __________ over a period of __________ (e.g., months or years), to commence __________ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal __________ (e.g., weekly, monthly, quarterly) installments of $ __________ over a period of __________ (e.g., months or years), to commence __________ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within __________ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

The defendant shall make monthly payments of at least 50 percent of her disposable income per month during the entire term of probation or until the restitution obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

17CR 510

JUDGE PALLMEYER
MAGISTRATE JUDGE WEISMAN

E-FILED
Friday, 28 July, 2017 01:36:24 PM
Clerk, U.S. District Court, ILCD

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| 2:16CR20006-01 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kari K. Marksteiner<br>Park Forest, Illinois 60466-2130 | Central Illinois | Urbana |
| | NAME OF SENTENCING JUDGE: Colin S. Bruce | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: FROM 01/23/2017 | TO 01/22/2020 |

OFFENSE
Obtaining Hydrocodone by Fraud

FILED
JUL 28 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

A TRUE COPY ATTEST
THOMAS G. BRUTON, CLERK
s/ Deputy Clerk
BY: DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 7-26-17

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

07/17/2017
*Date*

s/ Colin S. Bruce
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
JUL 24 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

7/21/2017
*Effective Date*

s/ Ruben Castillo
*United States District Judge*