UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 17 CR 510 |
| ) | |
| KARI K. MARKSTEINER, ) | |
| ) | |
| Defendant. ) | |

**SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN**

The court entered judgment in favor of the United States of America and against defendant Kari K. Marksteiner. The judgment for $4,815.76 has been satisfied. The lien recorded at the Cook County Recorder's Office as document number 1708804111 on March 29, 2017 is hereby released.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Linda A. Wawzenski
    LINDA A. WAWZENSKI
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-353-1994
    linda.wawzenski@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Kari Marksteiner
348 Oakwood Street
Park Forest, Illinois 60466

By: s/ Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-353-1994
linda.wawzenski@usdoj.gov